## COOK v. STATE (two cases).
### Nos. 14049, 14051.

Court of Criminal Appeals of Texas.
March 4, 1931.

Rehearing Denied April 8, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

# 158

CHRISTIAN, J.

The offense is swindling, a misdemeanor; the punishment, confinement in jail for thirty days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., not sitting.